UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-03104-NYW-KAS

ANDUIN LIGHTNER, individually and on behalf of all others similarly situated.,

        Plaintiff,

v.

DAVITA, INC.,

        Defendant.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN OPT-INS**

The parties agree to dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of the opt-ins listed in below for failure to provide verifications for their interrogatory responses.

1. Brooks, Lakisha
2. Faile, Jennifer
3. Harvey, Margaret "Renee"
4. Hilliard, Elizabeth
5. Holmes, Ciara M.
6. Hondras, Anjanetta G.
7. Ivey, Karen
8. Orea, Irene Felix
9. Walton, Arielle

Each opt-in and DaVita to bear their own costs and attorneys' fees.

Dated: January 9, 2026

Respectfully submitted,

*s/ Ricardo J. Prieto*
Ricardo J. Prieto
Texas Bar No. 24062947
rprieto@wageandhourfirm.com
Melinda Arbuckle
Texas Bar No. 24080773
marbuckle@wageandhourfirm.com
WAGE AND HOUR FIRM
5050 Quorum Drive, Suite 700
Dallas, Texas 75254
(214) 489-7653 – Telephone

Andrew R. Frisch
afrisch@forthepeople.com

*s/ Jessica E. Eller*
Jessica E. Eller
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile:  303.244.1879
Email:  scott@wtotrial.com
            eller@wtotrial.com

Attorneys for Defendant DaVita Inc.

1

Angeli Murthy, Esq.
amurthy@forthepeople.com
Corey Logan Seldin
cseldin@forthepeople.com
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
(954) 318-0268 - Telephone
(954)-327-3016 – Facsimile

Attorneys for Plaintiff James Bowling

2

## CERTIFICATE OF COMPLIANCE

      The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

          *s/ Jessica E. Eller*
          Jessica E. Eller
          Wheeler Trigg O'Donnell LLP
          370 Seventeenth Street, Suite 4500
          Denver, CO 80202
          Telephone: 303.244.1800
          Facsimile:  303.244.1879
          Email:  scott@wtotrial.com
                   eller@wtotrial.com

          Attorneys for Defendant DaVita Inc.

# CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on January 9, 2026, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN OPT-INS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Melinda Arbuckle**
  marbuckle@wageandhourfirm.com, assistant@wageandhourfirm.com

- **Michael H. Bell**
  michael.bell@ogletree.com, tama.steinacher@ogletreedeakins.com, DENDocketing@ogletreedeakins.com, madison.varonfakis@ogletreedeakins.com, alison.shaw@ogletree.com

- **Meghan Frei Berglind**
  berglind@wtotrial.com

- **Jessica Elyse Eller**
  eller@wtotrial.com, goodwin@wtotrial.com

- **Andrew R. Frisch**
  afrisch@forthepeople.com, mperez@forthepeople.com, 7686579420@filings.docketbird.com, compliancewatch@forthepeople.com

- **Matthew James Gagnon**
  matthew.gagnon@ogletree.com, sandra.blanch@ogletree.com, chidocketing@ogletree.com

- **Galvin Bernard Kennedy**
  galvin@kennedyattorney.com, help@kennedyattorney.com

- **Angeli Murthy**
  amurthy@forthepeople.com, yparrales@forthepeople.com, mbassett@forthepeople.com, compliancewatch@forthepeople.com

- **Andrew H. Myers**
  myers@wtotrial.com, keitlen@wtotrial.com

- **Ricardo J. Prieto**
  rprieto@wageandhourfirm.com, assistant@wageandhourfirm.com

- **Allison Rattet**
  arattet@forthepeople.com

- **Jessica Goneau Scott**
  scott@wtotrial.com, umaguing@wtotrial.com

- **Corey Logan Seldin**
  cseldin@forthepeople.com

- **Charlotte Claire Smith**
  charlotte.smith@ogletree.com

- **Kristina Marie Wright**
  kristina.wright@ogletreedeakins.com, brittany.watkins@ogletree.com

*s/ Jessica E. Eller*

2